# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| AAR Airlift Group, Inc. ) | ASBCA No. 60564 |
| ) | |
| Under Contract No. N00033-11-C-1003 ) | |

APPEARANCE FOR THE APPELLANT:  Malcom L. Benge, Esq.
  Zuckert, Scoutt & Rasenberger, L.L.P.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Russell A. Shultis, Esq.
  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 February 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60564, Appeal of AAR Airlift Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals